**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1986

LESLIE L. DANIEL,

              Plaintiff - Appellant,

        v.

PICKENS COUNTY SHERIFF DEPARTMENT; DAVID C. STONE, in his
individual and official capacity as Sheriff of Pickens
County Sheriff Department South Carolina,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Henry M. Herlong, Jr., Senior
District Judge.  (8:07-cv-04146-HMH)

Submitted:  September 23, 2010        Decided:  October 8, 2010

Before KING, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael F. Talley, Greenville, South Carolina; Fletcher N.
Smith, Jr., Greenville, South Carolina, for Appellant.
Derwood L. Aydlette, III, Christina M. Summer, GIGNILLIAT,
SAVITZ & BETTIS, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leslie L. Daniel appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment in favor of the Appellees on Daniel's claims of discrimination and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Daniel v. Pickens County Sheriff Dep't, No. 8:07-cv-04146-HMH (D.S.C. July 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2